FILED

2021 SEP 15 PM 3: 23

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: KMH

1  SIAKA MASSAQUOI
   C/O 269 S. BEVERLY DRIVE #1298
2  BEVERLY HILLS, CA, 90621
   TEL: 3107507362
3  EMAIL: SIAKAMASSAQUOI@GMAIL.COM
4
   *Plaintiff Pro Se*
5
6
7           IN THE UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
8                       WESTERN DIVISION

9  SIAKA MASSAQUOI
   as a natural person
10 North Hollywood, California
   *On behalf of himself and all others similarly*
11 *situated.*                                          **Case No: LACV21-5722-SVW-PD**

12                          Plaintiffs,

13          v.

14 CHRISTOPHER A. WRAY,
   935 Pennsylvania Avenue, NW
15 Washington, DC 20535-0001

16          and

17 CHAD WARREN,
   11000 Wilshire Blvd #1700
18 Los Angeles, CA 90024

19          and

20 THE FEDERAL BUREAU OF
   INVESTIGATION
21 935 Pennsylvania Avenue, NW
   Washington, DC 20535-0001
22
            and
23
   THE UNITED STATES OF AMERICA
24
            and
25
   UNIDENTIFIED FBI AGENTS #1 THROUGH
26 #20

27          Defendants.

28

---

1

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Siaka Massaquoi voluntarily dismisses the above-referenced matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), without prejudice.

Dated: September 15, 2021

Respectfully submitted,

SIAKA MASSAQUOI
C/O 269 S. BEVERLY DRIVE #1298
BEVERLY HILLS, CA, 90621
TEL: 3107507362
EMAIL: SIAKAMASSAQUOI@GMAIL.COM

*Plaintiff Pro Se*